DEPARTMENT OF SOCIAL SERVICES OF IOWA
ET AL. *v.* DIMERY ET AL.

No. 1491.   Decided June 8, 1970

PER CURIAM.

The motion of the appellees for leave to proceed *in forma pauperis* is granted.   The judgment is vacated and the case is remanded to the District Court for reconsideration in light of *Reetz* v. *Bozanich,* 397 U. S. 82.

MR. JUSTICE DOUGLAS dissents from the remand of this case.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.